UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>     v.<br><br>ANTONIETTA NGUYEN,<br><br>              Defendant. | Case No. 23-cr-00155-SI-1<br><br>**ORDER AMENDING PRETRIAL PAPERWORK DUE DATES** |

On March 17, 2025, the Court issued a second amended pretrial preparation order to account for the change in the trial date to June 2, 2025. Dkt. No. 65. The Court now amends certain dates in that order as follows to provide the Court adequate time to review materials prior to the pretrial conference:

| | |
|---|---|
| Motions in Limine: | Due Tuesday, May 6, 2025 |
| Oppositions to Motions in Limine: | Due Tuesday, May 13, 2025 |
| All Other Pretrial Paperwork: | Due Tuesday, May 13, 2025 |

The pretrial conference remains on Tuesday, May 20, 2025 at 1:30 p.m. The trial start date remains on Monday, June 2, 2025 at 9:00 a.m. All other instructions as outlined in the second amended pretrial preparation order remain the same.

**IT IS SO ORDERED**.

Dated: April 1, 2025

SUSAN ILLSTON
United States District Judge