UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　　Plaintiff,<br>　　v.<br>ANTONIETTA NGUYEN,<br>　　　　　　Defendant. | Case No. 23-cr-00155-SI-1<br><br>**RESPONSE TO DEFENDANT'S SEALED EX PARTE REQUEST**<br><br>Re: Dkt. No. 75 |

On May 12, 2025, defendant filed with the Court an ex parte request under seal. Dkt. No. 75. The Court informs defendant that it will only consider the request with input from the government. Defendant may decide whether to bring the request to the attention of the government.

**IT IS SO ORDERED**.

Dated: May 13, 2025

　　　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge